```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                     FAYETTEVILLE DIVISION

WILLIAM M. WELSCH                                          PLAINTIFF

           v.              Civil No. 11-5102

ARKANSAS DEPARTMENT OF
CORRECTION; and the STATE
OF ARKANSAS                                                DEFENDANTS
```

### ORDER

Now on this 6th day of July, 2011, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #5), to which there are no objections, and the Court, being well and sufficiently advised, finds that the Report And Recommendation is sound in all respects, and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** (document #5) is **adopted in its entirety.**

**IT IS FURTHER ORDERED** that the plaintiff's complaint is dismissed on the grounds that it is frivolous, fails to state claims upon which relief may be granted, and asserts claims against entities immune from suit. 28 U.S.C. § 1915A(b). This dismissal will constitute a strike for purposes of the Prison Litigation Reform Act, 28 U.S.C. § 1915(g). The Clerk is directed to place a § 1915(g) strike flag on the case.

**IT IS SO ORDERED.**

```
                                /s/ Jimm Larry Hendren
                              JIMM LARRY HENDREN
                              UNITED STATES DISTRICT JUDGE
```